MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

SUSAN PHAN (CABN 241637)
Special Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7200
Facsimile: (415) 436-7234
E-Mail: Susan.Phan@usdoj.gov

Attorneys for the Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

JUAN HERNANDEZ IBARRA,

Defendant.

No. CR 11-0467 EMC

**STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161**

The defendant appeared for his first status conference before this Court on August 10, 2011. The defense requested that this matter be continued to September 28, 2011. The defendant needs additional time to investigate the defendant's prior conviction and removal. In preparation for a motion, Defense counsel needs time to obtain conviction documents from Wisconsin. Defense counsel will also be unavailable during a significant portion of the month of August. The Government did not object to the continuance. The parties have agreed to exclude the period of time between August 10, 2011 to September 28, 2011, from any time limits applicable under 18 U.S.C. § 3161. Defense counsel represented that granting the exclusion

would allow the reasonable time necessary for effective preparation and continuity of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that good cause exists, and that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). At the hearing, the Court made findings consistent with this agreement.

SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: September 1, 2011

________/s/________________
SUSAN PHAN
Special Assistant U.S. Attorney

DATED: September 1, 2011

________/s/________________
STEVEN KALAR
Attorney for HERNANDEZ-IBARRA

[PROPOSED] ORDER

For the reasons stated above at the August 10, 2011 status conference, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from August 10, 2011 to September 28, 2011 is warranted and that good cause exists, and the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

IT IS SO ORDERED.

DATED: September 7, 2011

EDWARD M
United States