MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

SUSAN PHAN (CABN 241637)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7234
    E-Mail: Susan.Phan@usdoj.gov

Attorneys for the Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-0467 EMC |
|     Plaintiff, ) | |
|     v. ) | **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161** |
| JUAN HERNANDEZ IBARRA, ) | |
|     Defendant. ) | |

    The defendant appeared before this Court on September 28, 2011. The defense requested that this matter be continued to October 26, 2011. The parties have agreed to exclude the period of time between September 28, 2011 to October 26, 2011, from any time limits applicable under 18 U.S.C. § 3161. Defense counsel represented that granting the exclusion would allow the reasonable time necessary for effective preparation. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that good cause exists, and that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). At the hearing, the Court made findings consistent with this agreement.

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0467 EMC

1   SO STIPULATED:

2
                                        MELINDA HAAG
3                                       United States Attorney

4

5   DATED: October 24, 2011          _____/s/_____
                                        SUSAN PHAN
6                                       Special Assistant U.S. Attorney

7

8   DATED: October 24, 2011          _____/s/_____
                                        STEVEN KALAR
9                                       Attorney for JUAN HERNANDEZ-IBARRA

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0467 EMC

1 | [PROPOSED] ORDER

2 | For the reasons stated above at the September 28, 2011 status conference, the Court finds
3 | that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from
4 | September 28 to October 26, 2011 is warranted and that good cause exists, and the ends of
5 | justice served by the continuance outweigh the best interests of the public and the defendant in a
6 | speedy trial. 18 U.S.C. §3161(h)(7)(A).

8 | IT IS SO ORDERED.

10 | DATED: October 27, 2011

EDWARD M. CHEN
United States



STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0467 EMC